IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Ewing, Robin R | Case Number: 07 B 18494 |
| | Judge: Hollis, Pamela S |
| Printed: 7/15/08 | Filed: 10/9/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: March 31, 2008
Confirmed: December 3, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 959.00 | |
| Secured: | | 906.98 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 52.02 |
| Other Funds: | | 0.00 |
| Totals: | 959.00 | 959.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,550.20 | 0.00 |
| 2. | AA Classic Jewelers & Loan | Secured | 500.00 | 20.64 |
| 3. | Nuvell Credit Company LLC | Secured | 28,682.83 | 692.70 |
| 4. | Capital One Auto Finance | Secured | 9,320.34 | 193.64 |
| 5. | Corporate America Family CU | Unsecured | 156.29 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 68.40 | 0.00 |
| 7. | Midland Credit Management | Unsecured | 73.89 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 1,848.51 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 121.65 | 0.00 |
| 10. | Capital One | Unsecured | 313.48 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 127.48 | 0.00 |
| 12. | Premier Bankcard | Unsecured | 59.84 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 93.87 | 0.00 |
| 14. | Salute Visa | Unsecured | 73.88 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 165.68 | 0.00 |
| 16. | B-Real LLC | Unsecured | 11.72 | 0.00 |
| 17. | Austin Street Pediatrics | Unsecured | | No Claim Filed |
| 18. | Founders Insurance | Unsecured | | No Claim Filed |
| 19. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| | | | $ 44,168.06 | $ 906.98 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 50.59 |
| 6.5% | 1.43 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Ewing, Robin R | Case Number:  07 B 18494 |
| | Judge:  Hollis, Pamela S |
| Printed:  7/15/08 | Filed:  10/9/07 |

_____
$ 52.02

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

